IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE KROGER COMPANY,<br>      *Plaintiff,*<br>v.<br>NEW ENTERPRISE STONE & LIME CO., INC. et al.,<br>      *Defendants/Third-Party Plaintiff,*<br>v.<br>ARM GROUP, INC., and D.C. GOHN ASSOCIATES, INC., and LEON E. WINTERMYER, INC.<br>      *Third-Party Defendants.* | Civil Action No. 17-cv-01541 |

**ORDER**

**AND NOW**, this 25th day of September 2018, upon consideration of the pending motions and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

  1. ARM Group Inc.'s Motion to Dismiss [Doc. No. 27] is **GRANTED**. Counts II and V of the Amended Third-Party Joinder Complaint are **DISMISSED WITH PREJUDICE** as to ARM.

  2. D.C. Gohn Associates, Inc.'s Motion to Dismiss [Doc. No. 29] is **GRANTED**. All claims in the Amended Third-Party Joinder Complaint against D.C. Gohn (Counts III and V) are **DISMISSED WITH PREJUDICE**.

  3. Leon E. Wyntermyer, Inc.'s Motion for Summary Judgment [Doc. No. 41] is **GRANTED**. The claim in the Amended Third-Party Joinder Complaint against Leon E. Wintermyer, Inc. (Count IV) is **DISMISSED WITH PREJUDICE**.

  It is so **ORDERED**.

                   **BY THE COURT:**

                   **/s/ Cynthia M. Rufe**

                   _____

                   **CYNTHIA M. RUFE, J.**